*Joseph H. Swartwout* v. *John Wyckoff et al.* A. GIBBS, for appellant; J. RHOADES, for respondents. The chancellor decided that where, upon the sale of land, the vendor takes notes with security, as part payment of the purchase money, and a contract for payment of the residue, in lands lying in another state to be selected by the vendor

*Waiver of Vendor's lien.*

at a future time, it is a waiver of the implied lien upon the land sold, for the purchase money.

Decree modified by dismissing bill without prejudice to complainant's right in any future litigation, and denying defendant, Wyckoff, costs against complainant.